IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

LAURENCE D LANG,　　　　　　　　　　　　No C-10-2955 VRW (PR)

　　　　　Petitioner,

　　　　　　v　　　　　　　　　　　　　　ORDER OF DISMISSAL

RANDY GROUNDS, Warden,

　　　　　Respondent.
　　　　　　　　　　　　　　　　　　　　／

On July 6, 2010, petitioner filed a pro se petition for a writ of habeas corpus under 28 USC § 2254 challenging the governor's February 20, 2009 reversal of the September 25, 2008 decision of the California Board of Parole Hearings finding petitioner suitable for parole. Doc #1 at 34. The court notified petitioner in writing at that time that the action was deficient because he did not pay the requisite $ 5.00 filing fee or, instead, submit a signed and completed court-approved in forma pauperis application, including a completed certificate of funds in his prison account and a copy of his prison trust account statement for the last six months. See 28 USC § 1915(a)(2). Petitioner was advised that failure to file the

requested items within thirty days would result in dismissal of the action.  Doc #4.

　　　　Almost fifty days have elapsed since petitioner was notified of his filing deficiency; however, he has not provided the court with the requisite items, or sought an extension of time to do so.  The action, therefore, is DISMISSED without prejudice.

　　　　The clerk shall terminate all pending motions as moot and close the file.

　　　　IT IS SO ORDERED.

　　　　　　　　　　　　　　　　　　／s/ Vaughn R Walker
　　　　　　　　　　　　　　　　　　VAUGHN R WALKER
　　　　　　　　　　　　　　　　　　United States District Chief Judge

G:\PRO-SE\VRW\HC.10\Lang-10-2955-dismiss-ifp deficiency.wpd